UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD D. DANIELS, SR.,

    Plaintiff,

v.

JUDGE MONIQUE A. SHARPE,
*et al.,*

    Defendants.
_____/

Case No. 25-12279

Hon. F. Kay Behm

## **JUDGMENT**

In accordance with the Order issued on this date, the complaint is **DISMISSED**.

    **SO ORDERED**.

Date: July 29, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge